UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT JOHNSON, | ) | Case No. 2:18-CV-02748-TLN-CKD |
| Plaintiff, | ) ) | **ORDER GRANTING STIPULATION AND REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT** |
| v. | ) ) | |
| LL ROSEVILLE, L.P., | ) ) | |
| Defendants. | ) ) | Complaint Served: 10/17/18 |
| | ) | Current Response Date: 12/05/18 |
| | ) | New Response Date: 12/19/18 |
| | ) ) | District Judge: Hon. Troy L. Nunley |
| | ) | Trial Date: None |

Upon considering the parties' Stipulation and Request to Extend Time to File Responsive Pleading to Initial Complaint:

IT IS HEREBY ORDERED THAT the deadline for defendant LL ROSEVILLE L.P. to file a responsive pleading in this case shall be extended to December 19, 2018.

Dated: December 10, 2018

_____
Troy L. Nunley
United States District Judge

---

*Johnson v. LL Roseville, L.P.*, Case No. 2:18-CV-02748-TLN-CKD
ORDER GRANTING STIPULATION AND REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE
RESPONSIVE PLEADING TO INITIAL COMPLAINT

1